# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 16, 2018

## NO. 03-17-00496-CV

**Judy Parker; her counsel Koby Wilbanks; Sam M. (Trey) Yates, III; Mike Day; and the Law Office of Sam M. (Trey) Yates, III, P.C., Appellant**

**v.**

**Barry Parker, Appellee**

## APPEAL FROM 20TH DISTRICT COURT OF MILAM COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
## VACATED AND DISMISSED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgments signed by the trial court on April 21, 2017. The parties have filed a joint motion to vacate the trial court's judgments. Having considered the motion, the record in this case, and the parties' arguments, the Court agrees that the motion should be granted. Therefore, the Court grants the motion, vacates all "Trial Court Judgments and Orders Granting Sanctions and/or Attorney's Fees and all Findings of Facts and Conclusions of Laws supporting Sanctions and/or Attorney's Fees," and dismisses the case. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.